IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MEREDITH TWYMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 24-6204** |
| | : | |
| **RECAP PA HOLDINGS, LLC** | : | |

## ORDER

**AND NOW**, this 12th day of March 2025, upon considering Defendant's Motion to dismiss (ECF 24) the second amended Complaint (ECF 17), Plaintiff's pro se Opposition (ECF 29) also seeking leave to file a third amended Complaint to add the same allegations against her landlord (ECF 29-2), following oral argument during the initial pretrial conference, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF 24) is **GRANTED** without prejudice to Plaintiff again carefully studying our limited subject matter jurisdiction consistent with the accompanying Memorandum and thereafter, if warranted based on Defendant's anticipated review of potential steps to address a parking spot closer to her apartment unit following Plaintiff's immediate production of her handicapped placard and medical confirmation of disability, filing a third amended Complaint against parties she believes responsible for violating her federal rights by **no earlier** than **March 27, 2025** (to allow Defendant an opportunity to mediate concerns) and **no later** than **April 4, 2025**, mindful, absent Plaintiff's voluntary dismissal or timely third amended Complaint under this Order, we may close this case without prejudice to Plaintiff pursuing her rights before the Pennsylvania courts and continuing her claim in administrative agencies.

**KEARNEY, J.**