IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEREDITH TWYMAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-6204 |
| | : | |
| RECAP PA HOLDINGS, LLC, 963 STREET ROAD LLC | : | |

## ORDER

AND NOW, this 28th day of April 2025, upon considering Defendants' Motion to dismiss (ECF 45) the third amended Complaint (ECF 39), Plaintiff's Opposition (ECF 46), and for reasons in today's accompanying Memorandum describing why further amendment would be futile given four attempts to plead federal law claims, it is **ORDERED** Defendants' Motion to dismiss (ECF 45) is **GRANTED** requiring we:

1. **DISMISS** Plaintiff's state law claims without prejudice to timely pursue in state court;

2. **DISMISS** Plaintiff's federal law claims with prejudice; and,

3. **DIRECT** the Clerk of Court **close** this case.

_____
KEARNEY, J.